

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2023

No. 04-23-00928-CV

**IN RE** Dustin L. **BARRETT**

Original Proceeding[1]

### ORDER

In accordance with this court's opinion of this date, we conditionally grant Relator's October 17, 2023 petition for writ of mandamus.

We direct the trial court to vacate its October 16, 2023 "Order Regarding Respondent's Motion to Enter Order, Petitioner's Objections to Motion to Enter and Request for Trial Setting" and enter an order or judgment in accordance with the parties' April 21, 2023 Mediated Settlement Agreement.

It is so **ORDERED** on December 20, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-0012-CCL, styled *In the Interest of D.L.B., D.L.B., and D.L.B., Children*, pending in the County Court at Law, Val Verde County, Texas, the Honorable Sergio J. Gonzalez presiding.